United States District Court
Southern District of Texas
**ENTERED**
March 07, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID BRANDT, ET. AL., | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:16-CV-00033 |
| v. | § § | JURY TRIAL DEMANDED |
| MEMORIAL HERMANN HEALTH SYSTEM, ET AL., | § § § § | |
| Defendant. | § | |

*consolidated with*

| | | |
|---|---|---|
| MEGHAN STEWART, ET. AL., | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:16-cv-1833 |
| MEMORIAL HERMANN HEALTH SYSTEM, ET AL., | § § § § | JURY TRIAL DEMANDED |
| Defendant. | § | |

ORDER

On this day, the Court considered the Parties' Joint Motion for Settlement Approval in Civil Action 16-0003. Having reviewed the Parties' Motion, the Court is of the opinion that the Motion should be GRANTED. It is therefore ORDERED that:

1. The Parties' Settlement Agreement is APPROVED as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act;

2. The amounts to be paid to the Plaintiffs in accordance with the Settlement Agreement are APPROVED;

3. The request for attorneys' fees at 35% of the gross settlement fund plus cost as set forth in the Settlement Agreement are APPROVED as fair and reasonable;

4. All of the Claims asserted by Plaintiff and Opt-In Plaintiffs in in Civil Action 16-0003 are hereby dismissed with prejudice.

ENTERED on this _6th_ day of _March_, 2018.

_____
UNITED STATES DISTRICT JUDGE